*UNITED STATES DISTRICT COURT*
*FOR THE DISTRICT OF RHODE ISLAND*

| | |
|---|---|
| MENWON WONGBAY,<br>                    Plaintiff,<br>v.<br>BALISE TOYOTA<br>OF WARWICK (BALISE T, LLC), alias,<br>                    Defendant. | CASE # 22-cv-00458 |

## **DEFENDANT'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to the Federal Rules of Civil Procedure, Rule 7.1, the Defendant, Balise Toyota of Warwick (Balise T, LLC), hereby files this statement stating that it has no parent corporation and no publicly held company owns 10% or more of its stock.

1

|  |  |
|---|---|
|  | Respectfully Submitted, |
|  | Defendant,<br>Balise Toyota of Warwick (Balise T, LLC),<br>By Its Attorney, |
|  | /s/ Jeremy Saint Laurent<br>Jeremy Saint Laurent, Esq.<br>Admitted Pro Hac Vice<br>The Royal Law Firm<br>33 Elliot Street<br>Springfield, Massachusetts 01105<br>Tel. (413) 586-2288/Fax (413) 586-2281 |
| Dated:  January 5, 2023 | Email:  JSaintLaurent@TheRoyalLawFirm.com |
|  | /s/ Timothy K. Baldwin<br>Timothy C. Cavazza (#8079)<br>Timothy K. Baldwin (#7889)<br>WHELAN, CORRENTE, FLANDERS, KINDER & SIKET LLP<br>100 Westminster Street, Suite710<br>Providence, RI  02903<br>401-270-4500<br>tcavazza@whelancorrente.com |
| Dated: January 5, 2023 | tbaldwin@whelancorrente.com |

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing *Defendant's Corporate Disclosure Statement* was served upon the was served upon the attorney of record for each other party, by the Court's CM/ECF Electronic Filing System, on January 5, 2023.

/s/ Jeremy Saint Laurent
Jeremy Saint Laurent, Esq.

2