UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

MENWON WONGBAY                          :
                                        :
v.                                      :        C.A. No. 22-00458-MSM
                                        :
BALISE TOYOTA OF WARWICK,               :
BALISE T, LLC, alias                    :

**MEMORANDUM AND ORDER**

Pending before me for determination (28 U.S.C. § 636(b)(1)(A)) is Plaintiff's Motion to Compel Discovery Responses.  (ECF No. 17).  Defendant objects.  (ECF No. 19).  Plaintiff filed a Reply.  (ECF No. 20).  A remote hearing was held on July 22, 2024.  After review of the parties' respective arguments, Plaintiff's Motion is GRANTED in limited part as specified herein and otherwise DENIED.  Defendant shall produce any documents responsive to this Order within twenty-one days.

**Request for Production No. 6**:  The Request as drafted is overbroad.  Defendant shall, however, produce documents regarding eligibility for and payment of the January 21, 2021 bonus allegedly paid to Plaintiff's co-workers but denied to her, and a document or report sufficient to show the sales results of Plaintiff and her sales co-workers at the Warwick location during the period of her employment.

**Request for Production No. 7:**  DENIED as overbroad.

**Request for Production No. 10:**  GRANTED.  Defendant shall produce any responsive documents but limited to sales associates at the Warwick location for the time period January 1, 2020 to March 15, 2021 and to discipline/terminations for dishonesty including falsification of records/information, and/or violation of sales policies.

**Request for Production No. 18:**  The Request as drafted is overbroad.  Defendant shall, however, produce the so-called "BDC" reports for the period of Plaintiff's employment.

**Request for Production No. 19:**  DENIED as overbroad.

**Request for Production Nos. 20 and 21:**  The Requests as drafted are overbroad and seek primarily irrelevant documents.  Defendant shall, however, produce any documents it has related to Plaintiff's earnings during her employment and related tax documents (W-2s/1099s) if it has not done so already.

**Request for Production No. 22:**  GRANTED.  Defendant shall produce any responsive documents but limited to the Warwick location and the period of Plaintiff's employment.

**Request for Production Nos. 23 and 24:**  DENIED as overbroad.  Defendant shall, however, produce any records, recordings or communications reviewed and considered by the employees of Defendant involved in the decision to terminate Plaintiff's employment if such documents have not already been produced.

SO ORDERED

   /s/   Lincoln D. Almond
LINCOLN D. ALMOND
United States Magistrate Judge
July 29, 2024